UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Bobo,  Civil No. 05-714 (DWF/JGL)

      Plaintiff,

v.  **ORDER**

Warden W. I. LeBlanc, Jr.,

      Defendant.

___

Richard Bobo, *Pro Se*, #05206-041, Petitioner.

Paul A. Murphy, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

___

This matter is before the Court upon Petitioner's objections to Chief Magistrate Judge Jonathan Lebedoff's Report and Recommendation dated April 13, 2005, recommending that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 be dismissed for lack of jurisdiction.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.  Petitioner Richard Bobo's objections (Doc. No. 4) to Chief Magistrate Judge Jonathan Lebedoff's Report and Recommendation dated April 13, 2005 are **DENIED**.

2.  Chief Magistrate Judge Jonathan Lebedoff's Report and Recommendation dated April 13, 2005 (Doc. No. 2), is **ADOPTED**.

3.  Petitioner Richard Bobo's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction.


Dated:  May 25, 2005                     s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         Judge of United States District Court